UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 17-cr-10350-NMG |
| FRANCISCO TAVAREZ, | ) |
| | ) |
| Defendant. | ) |

## FINAL STATUS REPORT PURSUANT TO LOCAL RULE 116.5(c)

Pursuant to Local Rule 116.5(c), the United States and Defendant Francisco Tavarez, by their counsel, respectfully submit the following joint status report regarding the above-captioned matter, which is set for a final status conference on December 3, 2021.

Defense counsel has advised the Government that the case is ready to be transferred to the district court for scheduling of a Rule 11 hearing. As a result, the parties respectfully request that the final status conference scheduled for December 3, 2021, be cancelled pursuant to Local Rule 116.5(d).

The parties further jointly ask that the Court exclude the time between December 3, 2021, and the date set for the Rule 11 hearing, under the Speedy Trial Act in the interest of justice. Given the defendant's intent to plead guilty to the charged offenses, the ends of justice served by excluding time from December 3, 2021 through and including the date for the Rule 11 hearing outweigh the best interests of the public and the defendant in a speedy trial. (Based upon preliminary discussions with Judge Gorton's session, the parties anticipate that the Rule 11 hearing will likely be scheduled on either January 7 or 11, 2022. The parties will advise the Court when a date for the Rule 11 hearing is set.)

//

//

Respectfully submitted,

**For the United States**

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ James E. Arnold*
JAMES E. ARNOLD
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3603

**For the Defendant**

By: */s/ Eduardo Masferrer*
EDUARDO MASFERRER, Esq.
Masferrer & Associates, P.C.
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 531-0135

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ James E. Arnold*
JAMES E. ARNOLD
Assistant U.S. Attorney

Dated: December 1, 2021